ACCEPTED
01-15-00206-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 4:01:05 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00206-CR

## IN THE COURT OF APPEALS

## FIRST JUDICIAL DISTRICT

## HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 4:01:05 PM
CHRISTOPHER A. PRINE
Clerk

_____

## No. 17166

## IN THE 253RD DISTRICT COURT OF

## CHAMBERS COUNTY, TEXAS

_____

| | | |
|---|---|---|
| **CODY CRYMES** | § | Appellant |
| **v.** | § | |
| **STATE OF TEXAS** | § | Appellee |

_____

### STATE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLANT'S MOTION FOR REHEARING

_____

**Cheryl Swope Lieck**
District Attorney
Chambers County, Texas

**Kathy Esquivel**
Assistant District Attorney
Chambers County, Texas
P.O. Box 1409
Anahuac, Texas 77514
(409) 267-2682
(409) 267-3105
kesquivel@co.chambers.tx.us

**COMES NOW** the State of Texas, by and through her Assistant District Attorney, Kathy Esquivel, and, pursuant to TEX. R. APP. PRO. 73, presents this Motion for Extension of Time. In support of the motion, the State submits the following:

1. The above case is on appeal from a plea of guilty in the 253rd Judicial District Court of Chambers County, Texas.

2. The State's response is currently due on October 20, 2015.

3. This is the State's first Motion for Extension of Time.

4. Counsel for the State was preparing for another jury trial in the 253rd District Court and did not have adequate time to complete the brief in this case. Further, counsel for the State was preparing a case for a special meeting of the grand jury.

5. The State requests that the time for filing the State's Brief be extended by 7 days to October 27, 2015. The State requests this extension not for delay, but to see that justice is done.

**WHEREFORE, PREMISES CONSIDERED,** the State prays that this Court grant the State's Motion for Extension of Time and extend the due date of the State's Appellate Brief until October 27, 2015.

> **Respectfully submitted,**
> **CHERYL SWOPE LIECK**
> **Chambers County District Attorney**
>
>
> /s/ Kathy Esquivel
> **KATHY ESQUIVEL**
> Assistant District Attorney

Chambers County, Texas
P.O. Box 1409
Anahuac, Texas 77514
(409) 267-2682
(409) 267-3105 FAX
SBN 24034432
kesquivel@co.chambers.tx.us

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been sent to opposing counsel via email on ___15th_____ day of October, 2015.

/s/ Kathy Esquivel
**KATHY ESQUIVEL**
Assistant District Attorney
Chambers County, Texas

Rick Oliver
Attorney for Appellant